*John Spencer* v. *William Spencer et al,* S. STEVENS, for petitioner. Application by complainant for direction to the trustee of his estate, who had been appointed in this suit, to pay to petitioner at the rate of $1200 per annum out of the trust estate from the time of his marriage. The principal question was upon the construction of the words *"shall marry and have a family"* as used in the trust deed, which deed directed the trustee to pay to the petitioners $700 annually during his life, and $1200 in case he should marry and have a family. The petitioner married in 1841 and was a housekeeper, but had never had any children by his wife, who was

Construction of words "shall marry and have a family."

still living with him. The chancellor decided that petitioner was only entitled to $700 a year, holding that unless there is something in the context to give a different construction to such an expression in a deed it means to get married and to have a child or children or descendants as the issue of such marriage. Petition dismissed.